**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6419**

ANGELO HAM, a/k/a Angelo Bernard Ham,

Plaintiff - Appellant,

v.

ANTHONY J. PADULA; JOHN J. BROOKS; Cpl M. WILLIAMS; JON
OZMINT; YVONNE MCDONALD, Nurse Administrator at Lee C. I.;
JUDY R. RABON, Nurse Practitioner at Lee C. I.; SANDRA
BRACEY-SIMON; DEBRA WHITNEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   J. Michelle Childs, District
Judge.  (6:10-cv-03058-JMC)

Submitted:  June 13, 2012          Decided:  June 22, 2012

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo Ham, Appellant Pro Se.   Steven Barry Johnson, LEE ERTER
WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo B. Ham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ham v. Padula</u>, No. 6:10-cv-03058-JMC (D.S.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>